Anson B. Frelinghuysen
Marc A. Weinstein
Dustin P. Smith
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000

*Counsel to Gemini Trust Company, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Genesis Global Holdco, LLC, et al.,<br><br>Debtors. | Case No. 23-10063 (SHL) |
| GEMINI TRUST COMPANY, LLC, for itself and as agent on behalf of the Gemini Lenders,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS GLOBAL CAPITAL, LLC, GENESIS GLOBAL HOLDCO, LLC, and GENESIS ASIA PACIFIC PTE. LTD.,<br><br>Defendants. | Adversary No. 23- _____<br><br>**RULE 7007.1 STATEMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the undersigned counsel for Plaintiff Gemini Trust Company, LLC ("Gemini"), a private non-governmental party, certifies that Gemini is majority-owned by Gemini Spaceship, LLC ("Spaceship"). Spaceship is majority-owned by Gemini Space Station, LLC, which in turn is majority-owned by Winklevoss Capital Fund, LLC. No public corporation holds 10% or more of the equity of any of these entities.

Dated: October 27, 2023  HUGHES HUBBARD & REED LLP
       New York, New York

*/s/ Anson B. Frelinghuysen*
Anson B. Frelinghuysen
Marc A. Weinstein
Dustin P. Smith
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: anson.frelinghuysen@hugheshubbard.com
      marc.weinstein@hugheshubbard.com
      dustin.smith@hugheshubbard.com

*Counsel to Gemini Trust Company, LLC*