CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Capital, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | |
| GEMINI TRUST COMPANY, LLC, for itself and as agent on behalf of the Gemini Lenders, | Adv. Pro. No. 23-01192 |
| Plaintiff, | |
| v. | |
| GENESIS GLOBAL CAPITAL, LLC, GENESIS GLOBAL HOLDCO, LLC, and GENESIS ASIA PACIFIC PTE. LTD., | |
| Defendants. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

---

[1] The Debtors ("Debtors") in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific PTE. LTD. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

PLEASE TAKE NOTICE that Luke A. Barefoot of Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Genesis Global Capital, LLC and certain of its affiliated entities (collectively the "Debtors"), and requests pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the person listed below at the following address:

> Luke A. Barefoot
> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> New York, New York 10006
> 212-225-2000
> lbarefoot@cgsh.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise. This Notice of Appearance is not and shall not be construed as a waiver of any of the Debtors' jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned proceeding, all of which are hereby expressly reserved.

Dated: November 1, 2023
   New York, New York

                 Respectfully submitted,

                 /s/ *Luke A. Barefoot*
                 Luke A. Barefoot
                 lbarefoot@cgsh.coml
                 CLEARY GOTTLIEB STEEN & HAMILTON LLP
                 One Liberty Plaza
                 New York, New York 10006
                 T: 212-225-2000
                 F: 212-225-3999

                 *Counsel to the Debtors*
                 *and Debtors-in Possession*