**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Genesis Global Holdco, LLC, et al., <br><br> Debtors. | Case No. 23-10063 (SHL) |
| GEMINI TRUST COMPANY, LLC, for itself and as agent on behalf of the Gemini Lenders, <br><br> Plaintiff, <br><br> v. <br><br> GENESIS GLOBAL CAPITAL, LLC, GENESIS GLOBAL HOLDCO, LLC, and GENESIS ASIA PACIFIC PTE. LTD., <br><br> Defendants. | Adversary No. 23-01192-shl |

## **CERTIFICATE OF SERVICE**

I, Talia L. Helfrick, do hereby certify that I am over the age of 18 and not a party to this action and that on the 31st day of October, 2023, I did cause to be served true and correct copies of **Gemini Trust Company LLC's Adversary Complaint** (ECF No. 845), **Rule 7007.1 Statement** (Adv. Proc. ECF No. 2), and **Summons and Notice of Pretrial Conference In An Adversary Proceeding** (Adv. Proc. ECF No. 3) on the above-captioned Defendants by overnight delivery at the following addresses:

Genesis Global Capital, LLC
250 Park Avenue South, 5th Floor
New York, NY 10003

Genesis Global Holdco, LLC
250 Park Avenue South, 5th Floor
New York, NY 10003

Genesis Asia Pacific Pte. Ltd.
250 Park Avenue South, 5th Floor
New York, NY 10003

I further certify under penalty of perjury that the foregoing is true and correct.

Dated: October 31, 2023
New York, New York

                                                By: */s/ Talia L. Helfrick*
                                                     Talia L. Helfrick